IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN GIOVANNY SANTOS-BONILLA,<br><br>a/k/a "YS,"<br><br>Defendant | Criminal No. 1:25-CR-215<br><br>Count 1: 21 U.S.C. §§ 841 and 846<br>(Conspiracy to Distribute 400 Grams or More of Fentanyl)<br><br>Count 2: 21 U.S.C. § 841<br>(Possession with Intent to Distribute Fentanyl)<br><br>Count 3: 18 U.S.C. § 924(c)<br>(Use or Carry of a Firearm During and In Relation to Drug Trafficking Crimes)<br><br>Forfeiture Notice |

## INDICTMENT

July 2025 Term – Alexandria, Virginia

### COUNT ONE

*(Conspiracy to Distribute 400 Grams or More of Fentanyl)*

THE GRAND JURY CHARGES THAT:

Beginning in or about November 2022, and continuing up to and including in or about June 2024, in the Eastern District of Virginia and elsewhere, the defendant, STEVEN GIOVANNY SANTOS-BONILLA, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown, to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO

*(Possession with Intent to Distribute Fentanyl)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2024, in Fairfax, Virginia, in the Eastern District of Virginia, the defendant, STEVEN GIOVANNY SANTOS-BONILLA, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

*(Use or Carry of a Firearm During and In Relation to Drug Trafficking Crimes)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2024, in Fairfax, Virginia, in the Eastern District of Virginia, the defendant, STEVEN GIOVANNY SANTOS-BONILLA, did unlawfully and knowingly use or carry a firearm, that is, a Glock semi-automatic pistol, bearing serial number BYGM254, during and in relation to drug trafficking crimes, that is, the conspiracy to distribute 400 grams or more of fentanyl, as set forth and charged in Count One of this Indictment, and the possession with intent to distribute fentanyl, as set forth and charged in Count Two of this Indictment, both of which are re-alleged and incorporated herein by reference, all in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE NOTICE

THE GRAND JURY FURTHER CHARGES THAT:

The defendant, STEVEN GIOVANNY SANTOS-BONILLA, upon conviction for any of the offenses charged in Counts One and Two of this Indictment, pursuant to Title 21, United States Code, Section 853(a), shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

The defendant, STEVEN GIOVANNY SANTOS-BONILLA, upon conviction of any of the offenses alleged in this Indictment, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of these offenses.

The assets subject to forfeiture include, but are not limited to, the following:

- A Glock 21 firearm bearing serial number PEZ251 seized from the defendant on June 21, 2023, and all accompanying magazines and ammunition;

- A Glock semi-automatic pistol bearing serial number BYGM254 seized from the defendant on April 24, 2024 and all accompanying magazines and ammunition;

- A 300 Blackout Omni AR-style pistol without a serial number seized from the defendant on April 24, 2024 and all accompanying magazines and ammunition; and

- $3,702 in U.S. Currency that was seized from the defendant on April 24, 2024.

Pursuant to 21 U.S.C. § 853(p), the defendant, STEVEN GIOVANNY SANTOS-BONILLA, shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853; 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a))

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

_____
Foreperson

Erik S. Siebert
United States Attorney

By: *Catherine Rosenberg*
James L. Trump
Catherine Rosenberg
Assistant United States Attorneys